■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY RIZEK, Appellant. (Appeal No. 1.) [881 NYS2d 752]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 24, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree and attempted rape in the first degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY RIZEK, Appellant. (Appeal No. 2.) [881 NYS2d 351]— Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 24, 2006. The judgment convicted

defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Rizek* (64 AD3d 1180 [2009]). Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.